**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV167**

| | |
|---|---|
| **ERIC M. MUNGO, SR.,** ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **CONSOLIDATED METCO, INC.,** ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion to Strike Plaintiff's Second Amended Complaint" ("Motion to Strike") (Document No. 14), filed August 8, 2005 by Consolidated Metco, Inc. ("Consolidated Metco"); the "Response to Defendant's Motion ..." (Document No. 15), filed August 16, 2005 by Eric M. Mungo, Sr.; and the "Defendant's Reply ..." (Document No. 16), filed August 25, 2005 by Consolidated Metco. For the reasons set forth in the hearing on the Motion to Strike, which was held in front of the undersigned on Thursday, November 10, 2005, the undersigned will deny the Motion to Strike. Because Consolidated Metco filed in a timely fashion the "Defendant's Answer" (Document No. 10) to the "Amended Complaint" (Document No. 4), Consolidated Metco has no obligation to respond further to the Summons, dated July 1, 2005, and attached papers served upon it on or about July 18, 2005.

**IT IS, THEREFORE, ORDERED** that the "Defendant's Motion to Strike Plaintiff's Second Amended Complaint" (Document No. 14) is **DENIED**.

**Signed: November 10, 2005**

David C. Keesler
United States Magistrate Judge